Case: 1:22−mj−00198
Assigned To : Magistrate Judge Faruqui, Zia M.
Assign. Date : 9/6/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

1. As described herein, a law enforcement investigation has revealed that Defendant Antoine Hilton ("HILTON") is involved in the distribution and possession with intent to distribute multiple controlled substances in Washington, D.C., to include cocaine base, heroin, and fentanyl. Specifically, the Federal Bureau of Investigation, using an undercover officer (UC), conducted a series of undercover purchases of controlled substances from HILTON in the vicinity of 14th Street SE and T Street SE. The investigation revealed that HILTON distributes controlled substances in and around the intersection of 14th Street SE and T Street SE in Washington, D.C., which is in close proximity to an elementary school.

2. On June 2, 2022, law enforcement conducted an undercover operation involving the purchase of controlled substances from HILTON. At approximately 7:30 a.m., law enforcement observed HILTON exit 1314 T Street SE, Washington, D.C. At approximately 7:54 a.m., the UC contacted HILTON by phone at telephone number (202) 200-7550 ("HILTON PHONE NUMBER") to arrange to purchase controlled substances from HILTON. At approximately 7:54 a.m., HILTON met with the UC at the intersection of 14th Street SE and T Street SE. The UC provided $200 to HILTON in exchange for two packages of controlled substances, which law enforcement determined to weigh approximately 0.4 grams and 1.5 grams.

3. Following the purchase, law enforcement conducted a field test of the substances purchased from HILTON, which revealed (1) the presence of heroin, a Schedule I controlled substance, in the 0.4 gram package purchased from HILTON, and (2) the presence of cocaine base, a Schedule II controlled substance, in the 1.5 gram package purchased from HILTON.

4. On June 13 and 14, 2022, law enforcement conducted another undercover operation involving the purchase of controlled substances from HILTON. Specifically, on June 13, 2022, the UC contacted HILTON by text message at the HILTON PHONE NUMBER to arrange to purchase controlled substances, specifically referred to as a "ball" in exchange for $200, from HILTON. HILTON responded to the UC with a thumbs up emoji.

5. On June 14, 2022, at approximately 7:06 a.m., the UC contacted HILTON by phone at the HILTON PHONE NUMBER to arrange to purchase controlled substances. At approximately 7:12 a.m., HILTON met with the UC at the intersection of 14th Street SE and T Street SE. The UC and HILTON discussed the purchase of drugs. HILTON left and then at approximately 7:15 a.m. returned, at which time the UC provided $240 to HILTON in exchange for two packages of controlled substances, which law enforcement determined to weigh approximately 0.7 grams and 2.5 grams.

6. Following the purchase, law enforcement conducted a field test of the substances purchased from HILTON, which revealed (1) the presence of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in the 0.7 gram package purchased from HILTON, and (2) the presence of cocaine base, a Schedule II controlled substance, in the 2.5 gram package purchased from HILTON.

7. On June 22 and 23, 2022, law enforcement conducted another undercover operation involving the purchase of controlled substances from HILTON. Specifically, on June 22, 2022, at

approximately 7:30 p.m. and 9:49 p.m., the UC contacted HILTON by phone at the HILTON PHONE NUMBER to arrange to purchase controlled substances the following day. At approximately 9:51 p.m., the UC sent a text message to the HILTON PHONE NUMBER to arrange for the purchase of three "balls" in exchange for "6," indicating $600. HILTON responded to the UC with a thumbs up emoji.

8. On June 23, 2022, at approximately 7:09 a.m., law enforcement observed HILTON exit 1314 T Street SE. At approximately 7:13 a.m. and 7:19 a.m., the UC contacted HILTON by phone the HILTON PHONE NUMBER to arrange to purchase controlled substances. At approximately 7:21 a.m., HILTON met with the UC at the intersection of 14th Street SE and T Street SE. The UC provided $600 to HILTON in exchange for two packages of controlled substances, which law enforcement determined to weigh approximately 2.0 grams and 6.1 grams.

9. Following the purchase, law enforcement conducted a field test of the substances purchased from HILTON, which revealed (1) the presence of cocaine base, a Schedule II controlled substance, in the 0.7 gram package purchased from HILTON, and (2) the presence of cocaine base, a Schedule II controlled substance, in the 2.0 gram package purchased from HILTON.

10. In addition, at approximately 6:21 p.m., the UC contacted HILTON by text message at the HILTON PHONE NUMBER. The UC sent a photograph of the controlled substances, which the UC had purchased from HILTON earlier that day, on a scale that indicated a total package weight of 8.3 grams. The UC's text message indicated that the packages sold by HILTON were "a little short," meaning that it was less than the amount that the UC expected HILTON to provide for the purchase.

11. The following day, on June 24, 2022, at approximately 2:37 a.m., the UC received a text message from HILTON on the HILTON PHONE NUMBER, stating "pull up and I will take care of you hit me when you ten minutes away" with a flexed biceps emoji and a 100 points symbol emoji.

12. On July 13-15, 2022, law enforcement conducted another undercover operation involving the purchase of controlled substances from HILTON. On July 13, 2022, at approximately 6:37 p.m., the UC contacted HILTON by text message at the HILTON PHONE NUMBER to arrange to purchase controlled substances on July 14, 2022. HILTON responded by text message and stated that HILTON was out of town in North Carolina but that he would return to the D.C. area on July 14, 2022. In additional text messages between HILTON (using the HILTON PHONE NUMBER) and the UC, the UC arranged to purchase controlled substances from HILTON on Friday, July 15, 2022, in the morning. Specifically, the UC and HILTON arranged for the UC to purchase "1/4 of hard" (referring to cocaine) from HILTON.

13. On July 14, 2022, at approximately 6:55 p.m. and again at 8:07 p.m., the UC contacted HILTON by phone at the HILTON PHONE NUMBER. During the call, HILTON and the UC arranged the purchase of controlled substances for Friday morning, July 15, 2022.

14. On July 15, 2022, at approximately 6:29 a.m. to 6:36 a.m. the UC called HILTON on the HILTON PHONE NUMBER, but only reached HILTON's voicemail. At approximately

6:45 a.m., the UC contacted HILTON by phone at the HILTON PHONE NUMBER to confirm the controlled substances purchase for that morning. At approximately 7:12 a.m., HILTON met with the UC at the intersection of 14th Street SE and T Street SE. The UC provided $800 to HILTON in exchange for one package of controlled substances, which law enforcement determined to weigh approximately 16.5 grams.

15. Following the purchase, law enforcement conducted a field test of the substance purchased from HILTON, which revealed the presence of cocaine base, a Schedule II controlled substance, in the 16.5 gram package purchased from HILTON.

16. As described above, between June 2, 2022, and July 15, 2022, the UC communicated with HILTON at the HILTON PHONE NUMBER, by both telephone calls and text messages, during which HILTON discussed and arranged for the sale of controlled substances to the UC. On July 20, 2022, law enforcement received records from T-Mobile, which revealed that T-Mobile is the service provider for the HILTON PHONE NUMBER. The records further revealed the account effective date as March 23, 2022, and the name of the listed subscriber of the HILTON PHONE NUMBER as ANTOINE HILTON, with a listed billing address of 1314 T Street SE, Apt. 4, Washington, D.C. 20020.

17. Each undercover purchase of controlled substances from HILTON described herein occurred in and around the intersection of 14th Street SE and T Street SE. This intersection is approximately 700 feet in distance from the Ketcham Elementary School, located at 1919 15th Street SE, Washington, D.C.

18. In summary, the law enforcement investigation has revealed that HILTON distributed and possessed with the intent to distribute multiple controlled substances including cocaine base, heroin, and fentanyl, all within close proximity to an elementary school. Thus, your affiant believes there is probable cause to establish the offenses of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Cocaine Base); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Heroin); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Fentanyl); and 21 U.S.C. §§ 841(a)(1), 860(a) (Distribution and Possession with the Intent to Distribute a Controlled Substance in or near School).

_____
SPECIAL AGENT STEWART CURCIO
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 6, 2022.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE